√# 781575    # 129549

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED

11 JUN -1 AM 11: 53

CLERK, U. S.
BANKRUPTCY COURT
TOLEDO, OHIO

IN RE:                          *          CASE # 08-30508 W
                                           CHAPTER 13
                                *

Sampsell, Gayle L & Scott J
Debtor                          *

## TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. Trustee received several returned disbursements from the United States Postal Service marked "unable to deliver – no forwarding on file".

2. The balance of funds for the creditor in the amount of **$4.07** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---------|-------|--------|-------------|
| 732055 | St. Charles Mercy Hospital | 4.07 | 11/30/2010 |

2. Your trustee's check #781575 for a total of $ 4.07 payable to the clerk of the United States Bankruptcy Court, is attached to this report.

Date: 05/27/11

_____
John P. Gustafson
Trustee in Bankruptcy